**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court                                   Telephone: 603-225-1423
Pamela E. Phelan, Chief Deputy Clerk                         Web: www.nhd.uscourts.gov

June 9, 2016

Daniel Hufstetler # 12559-049
US Penitentiary Lee
Inmate Mail/Parcels
PO Box 305
Jonesville, VA 24263

Re:   16-cv-134-SM; <u>Daniel Hufstetler v. United States of America</u>

Dear Mr. Hufstetler:

     This is in response to your letter received in the clerk's office on May 11, 2016, with a number of inquiries as to the above-captioned matter.

     Please be advised that there is no filing fee associated with the filing of a § 2255 Petition. Your type-written § 2255 Amendment was received and docketed on April 25, 2016 (document no. 2). The clerk's office does not provide free copies of court documents to members of the public or litigants. All copy requests in this court require a prepaid fee of $.50 per page. Payment may be tendered in the form of a certified bank check or a money order made payable to the Clerk of Court. I have enclosed a copy of the docket sheet which will indicate all pleadings/documents that have been filed in your case to date.

     The case was submitted to Judge McAuliffe for review. No order has issued yet in the case, which remains pending on the court's docket. You will receive a copy of any order that is issued by the court.

                                                                   Very truly yours,
                                                                   Daniel J. Lynch, Clerk


                                                                   /s/ Judith A. Barrett
                                                                   _____
                                                     By:  Judith A. Barrett
                                                                    Deputy Clerk

Enclosure