UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Daniel Hufstetler,

    Petitioner

v.                                       Civil No.: 16-cv-134-SM

United States of America

    Respondent

## ORDER

The probation office shall examine the probation report and sentencing judgment and inform the court as to whether:

(1)  the defendant may have been sentenced under the residual clause of either the Armed Career Criminal Act or the career offender provision in the U.S. Sentencing Guidelines;

(2)  the case involved a conviction under 18 U.S.C. § 924(c) in relation to a "crime of violence;" or

(3)  the defendant was convicted of illegal reentry after removal and may have been sentenced based on a finding that s/he committed an "aggravated felony" involving a "crime of violence" as defined in 18 U.S.C. § 16(b).

SO ORDERED.

Dated:   June 10, 2016

_____
Steven J. McAuliffe
United States District Judge

cc:  Daniel Hufstetler, pro se