UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Daniel Hufstetler

      v.                       Case No. 16-cv-134-SM

United States of America

PROCEDURAL ORDER

The defendant has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct the sentence ordered by the court following the defendant's sentencing held on April 1, 2014, in United States v. Daniel Hufstetler, 12-cr-37-01-SM. The court has reviewed the motion and the motions to amend the petition.

The court orders the United States Attorney to file an answer within forty-five (45) days of the date of this order, which answer shall provide a detailed response, with appropriate references to the record when necessary, to the motion.

In the event that the united States Attorney contends that the motion is not timely filed under the limitations provided for in 18 U.S.C. § 2255 or that it is a second or successive motion, a motion to dismiss in lieu of a response shall be filed within thirty (30) days of the date of this order.

So Ordered.

    SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: June 30, 2016

cc:    Daniel Hufstetler, pro se
       United States Attorney