```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Daniel Hufstetler


    v.                                  Docket No.: 16-cv-134-SM


United States of America


## ORDER APPOINTING CJA COUNSEL

     Pursuant to the provisions of the Criminal Justice Act, Title 18, U.S.C. § 3006A(a)(2)(B), and the discretion of the court, Attorney Paul Garrity is hereby appointed as counsel for Daniel Hufstetler. The U.S. Probation Office for the District of New Hampshire and the clerk's office are authorized to disclose the Presentence Investigation Reports, Statement of Reasons, and Judgments to counsel.



Date: 7/1/2016                               /s/ Steven J. McAuliffe_____
                                                Steven J. McAuliffe
                                                United States District Judge


cc:    Daniel Hufstetler, pro se
       Paul Garrity, Esq.
       United States Attorney
       U.S. Probation Office