**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court                                       Telephone: 603-225-1423
Pamela E. Phelan, Chief Deputy Clerk                        Web: www.nhd.uscourts.gov

July 18, 2016

Daniel Hufstetler #12559-049
U.S. Penitentiary - Lee
PO Box 305
Jonesville, VA 24263

16-cv-134-SM; <u>Daniel Hufstetler v. United States</u>

Dear Mr. Hufstetler:

      This is in response to your letter, together with your motion for appointment of counsel, received in the clerk's office on July 11, 2016, inquiring about your filing of an affidavit with your Motion to Vacate Sete4ncne under Title 28, U.S.C. § 2255.   The affidavit was filed as part of your motion (document no. 1).    For your information, I have attached a copy of the docket sheet in your case.

                                                                   Very truly yours,

                                                                   */s/ Judith A. Barrett*
                                                                   _____

                                                                   Judith A. Barrett
                                                                   Deputy Clerk

Enclosure

cc:     Paul J. Garrity, Esq.